IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 97-cv-00469-WDM-MJW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SOUTHERN PACIFIC TRANSPORTATION COMPANY,
THE DENVER AND RIO GRANDE WESTERN RAILROAD COMPANY, and
UNION PACIFIC RAILROAD COMPANY,

    Defendants.

## ORDER TERMINATING CONSENT DECREE

Miller, J.

This matter is before me on the Notice of No Objection to Termination of Consent Decree, filed by Plaintiff the United States of America and the certification of completion by Defendant Union Pacific Railroad Company, attached thereto. I accept the parties' stipulation that the provisions of Paragraph 49 of the Consent Decree approved and entered on August 21, 2000, have been satisfied.

Accordingly, it is ordered that the Consent Decree in this matter is hereby terminated.

DATED at Denver, Colorado, on April 11, 2006.

                              BY THE COURT:

                              s/ Walker D. Miller
                              United States District Judge

PDF FINAL